In the Matter of the Claim of BERTHA CASSIDY, Respondent, against 143 WEST FORTY-NINTH STREET CONSTRUCTION CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs to the claimant against the employer and the insurance carrier. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of MOSES EZECKEL, Respondent, against JACOB SAPERSTEIN, Respondent, Impleaded with UNION INDEMNITY COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim dismissed as against the insurance carrier, with costs against the State Industrial Board, on the ground that by the terms of the policy the accident was not within the risk and location covered by the terms of the policy. (*Matter of Pettit* v. *Reqes*, 242 N. Y. 272; *Matter of Mille* v. *La Sala Bros.*, 225 App. Div. 714; *Matter of Powers* v. *Scully*, Id. 714.) As against the employer the award is affirmed. Hinman, Acting P. J., Davis and Whitmyer, JJ., concur; Hill, J., dissents and votes for affirmance as against the employer and the insurance carrier; Hasbrouck, J., not voting.

In the Matter of the Claim of CONSULATE GENERAL OF ITALY FOR NATALA CAMINITA, Respondent, against ARNOLD CONCRETE COMPANY, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, upon the ground that contribution toward the support of the mother is not shown prior to six months and ten days previous to the death of the decedent; the statutory requirement being that support must be proven " for a [the] period of one year prior to the date of the accident." Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ., concur.

In the Matter of the Claim of HAROLD CARLSTEDT, Respondent, against MICHAEL MARINELLI and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of JOSEPH DIMISA, Respondent, against JULIAN F. DETMER, Doing Business as DETMER NURSERIES, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.